IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:21-00162-KD-N |
| | ) |
| LEROY VIDAL JACKSON, | ) |
|     Defendant. | ) |

**ORDER**

This action is before the Court on Defendant Leroy Vidal Jackson (Jackson)'s letter Motion for Early Termination of his Supervised Release Term. (Doc. 63).

On September 29, 2001, Defendant Jackson was indicted for conspiracy to commit wire fraud. (Doc. 15). On November 19, 2001, Defendant Jackson pled guilty to conspiracy to commit wire fraud. (Doc. 37). On April 1, 2022, Defendant Jackson was sentenced to Time Served and three (3) years supervised release term (SRT) (to run concurrent with the sentence in CR 03-103). (Doc. 57). Judgment issued on April 6, 2022. (Doc. 61). On July 5, 2023, Defendant Jackson filed the present motion for early termination of SRT. (Doc. 63). As grounds, Defendant Jackson asserts that he has "filled all conditions" of his SRT "with no incidents." (Id.) Defendant Jackson notes that he consistently pays $200 per month in Court-ordered restitution, is now in an electrician apprenticeship program, has a family with his fiancé and is helping to raise her children, serves as a community youth mentor, and supports activities against gun violence. (Id.)

Per the U.S. Probation Office, Defendant Jackson's supervision commenced on April 1, 2022. At present, Defendant Jackson has served approximately 16 months of his 36-month SRT. The Probation Office confirmed his compliance with SRT and states that Defendant Jackson has maintained steady employment, secured a career-level job, consistently pays his monthly restitution, and engages in community mentoring and support programs. However, the Probation Office highlighted the following: only eight (8) days after Defendant Jackson was released from approximately 20 years of

1

BOP custody, he filed a fraudulent PPP loan; his criminal history category for the drug conviction in this case; and his remaining restitution balance. Thus, the Probation Office could not recommend that Defendant Jackson's motion for early termination of SRT be granted at this time.

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the <u>Federal Rules of Criminal Procedure</u> relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1). Relevant factors for the Court to consider include: "the nature and circumstances of the offense and the history and characteristics of the defendant;" "the need for the sentence imposed…to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;" and "the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a)(1), (a)(2)(A), and (a)(7).

The Court has considered the "nature and circumstances of the offense" and Defendant Jackson's "history and characteristics" as well as the "need for the sentence imposed … to reflect the seriousness of the offense, to promote respect for the law … to provide just punishment; …to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant." 18 U.S.C. § 3553(a)(1), (a)(2)(A)-(C). After consideration of the foregoing factors, the Court finds that Defendant Jackson's motion is due to be denied, to promote his respect for the law, provide just punishment for his offenses, deter him from criminal conduct, protect the public from further crimes, and ensure restitution. Thus, early termination is not warranted at this time, 18 U.S.C. § 3583(e)(1), and it is **ORDERED** that Defendant Jackson's Motion for Early Termination of his Supervised Release Term (Doc. 63) is **DENIED.** However, Defendant Jackson may refile a motion for early termination of his SRT in April 2024.

**DONE** and **ORDERED** this the **14th** day of **August 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**